(57 Misc. Rep. 319.)

### In re CLEMENT.

(Supreme Court, Special Term, Fulton County. January, 1908.)

INTOXICATING LIQUORS—CERTIFICATE—PROCEEDINGS TO CANCEL.

　　Proceedings for the cancellation of a liquor tax certificate may be brought within 30 days after the holder has delivered it, under Liquor Tax Law, Laws 1896, p. 67, c. 112, § 25, subd. 1, as amended by Laws 1903, p. 1122, c. 486, to the State Commissioner of Excise for surrender.

Proceedings by the Commissioner of Excise to cancel a liquor certificate of one Rourke and of one Farrell. Proceedings continued.

Samuel H. Salisbury and Russell Headley, for petitioner.
Rockwood & Salisbury, for respondents.

SPENCER, J. These proceedings were instituted by the Commissioner of Excise within 30 days from the receipt of the certificates presented by the holders for the purpose of surrendering them, pursuant to subdivision 1, § 25, of the liquor tax law (Laws 1896, p. 67, c. 112, as amended by Laws 1903, p. 1122, c. 486). On the return of the orders to show cause, the respondent filed affidavits setting up the fact of the surrender of the certificates and moved for a dismissal of the proceedings on the ground that proceedings to cancel a certificate could not be instituted subsequent to its surrender.

The statute is silent as to the time within which proceedings to cancel a certificate may be taken, except the provision that they must be instituted subsequent to the time of the issuance of the certificate. It may, however, be inferred, from the language of subdivision 2, section 25, that such proceedings may be instituted within the 30 days from the date of the receipt of the certificate by the State Commissioner of Excise. The words of the statute are as follows:

"If within thirty days from the date of the receipt of such certificate by the State Commissioner of Excise the person surrendering such certificate shall be arrested or indicted for a violation of the liquor tax law, or proceedings shall be instituted for the cancellation of such certificate, such petition [petition to surrender] shall not be granted until the final determination of such proceedings."

I am, therefore, of the opinion that the objections made by the respondents must be overruled, and the proceedings for the cancellation of the certificates continued.

Ordered accordingly.